**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-1869**

---

BRO T. HESED-EL,

       Plaintiff - Appellant,

    v.

COUNTY OF BUNCOMBE, in its official capacity,

       Defendant - Appellee,

    and

JOHN DOE, in his individual capacity; ROBIN BRYSON, Licensed Clinical Social Worker, in her official capacity; MISSION HOSPITALS, INCORPORATED, in its official capacity,

       Defendants.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:19-cv-00285-MR-WCM)

---

Submitted:  September 21, 2022                    Decided:  November 7, 2022

---

Before HARRIS and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bro T. Hesed-El, Appellant Pro Se.  Curtis William Euler, BUNCOMBE COUNTY ATTORNEY'S OFFICE, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bro T. Hesed-El appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on Hesed-El's 42 U.S.C. § 1983 complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Hesed-El's motions for appointment of counsel and to strike Appellee's informal response brief, and we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*